AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ANTHONY RUIZ, individually and on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>HORIZON ACTUARIAL SERVICES, LLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:22-cv-02279 AGT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HORIZON ACTUARIAL SERVICES, LLC
c/o Registered Agent- Corporation Service Company
2 Sun Court Suite 400
Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Anderson Berry, Esq.
Arnold Law Firm
865 Howe Avenue Sacramento, CA 95825
916-239-4778
aberry@justice4you.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby
*CLERK OF COURT*

Date: April 13, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **HORIZON ACTUARIAL SERVICES, LLC**
was received by me on *(date)* **4/14/2022**.

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ALISHA SMITH, CSC COORDINATOR**, who is designated by law to accept service of process on behalf of *(name of organization)* **HORIZON ACTUARIAL SERVICES, LLC C/O CORPORATION SERVICE COMPANY** on *(date)* **4/15/2022** ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $        for travel and $        for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: **4/15/2022**

*Server's signature*

**JASON GARMON   GaCPS #356**
*Printed name and title*

**4434 HIDDEN OAKS DR   FLOWERY BRANCH, GA 30542**
*Server's address*

Additional information regarding attempted service, etc: